G:\users docs\marcies\BB&T\usa.answer to verified cpt for forfeiture.J36354.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>555 Fourth Street, NW<br>Washington, DC 20530<br><br>          Plaintiff<br><br>v.<br><br>4815 43RD STREET, NW.,<br>WASHINGTON, DC 20016<br><br>          Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Civil Action No. 1:06CV00620<br>:    PLF<br>:<br>:<br>:<br>:<br>: |

_____

ANSWER OF BRANCH BANKING & TRUST COMPANY TO
VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the Lienholder, Branch Banking & Trust Company, a banking corporation, by its attorneys, Jordan M. Spivok and Protas, Spivok & Collins, LLC, and for Answer to the Complaint for Forfeiture in Rem, avers the following:

FIRST DEFENSE

1.     Branch Banking & Trust Company (hereinafter referred to as "BB&T" or "Secured Party") is a lienholder having a valid perfected security interest in the real property and improvements known as 4815 43rd Street, NW, Washington, DC 20016 (the "Property").

2.     BB&T's lien in the property arises out of a consumer loan transaction commencing with a Loan Application submitted by Molly D. Vliet (the "Borrower") on November 6, 2001 (the "Loan Application").

3.     The purpose of the Loan was for personal expenses for home improvements. The Applicant indicated she was a self-employed physician. The Loan was to be secured by a second Deed of Trust on her property in Arlington, Virginia. Along with the Application, the Borrower furnished a personal financial statement and a copy of her 2000 federal income tax return.

4.     Borrower's Loan Application was approved and, on or about November 6, 2001. BB&T made a loan to the Borrower in the sum of $75,000.00 (the "Loan").

5.     The Loan is evidenced by a Promissory Note dated November 6, 2001, in the original amount of $75,000.00, made by Molly D. Vliet as Borrower and payable to the order of BB&T (the "Note").

6.     The Note is secured by a Deed of Trust wherein the title owner of the Property, Brittian Day ("Day"), granted a security interest in the Property to William J. Ziegler, as Trustee for the benefit of BB&T (the "Deed of Trust"). The Deed of Trust was recorded among the land records of the District of Columbia with the Recorder of Deeds on October 15, 2003, as Instrument No. 2003135379.

7.     As of November 27, 2006, Borrower owes BB&T an unpaid principal balance of $75,000.00 plus prior accrued interest of $1,510.27. Interest continues to accrue at a per diem rate of $17.98.

8.     As a result of the filing by the Plaintiff herein seeking a forfeiture of the Property in which BB&T is a lienholder, such constitutes a non-monetary Event of Default under the Deed of Trust. Pursuant to the Deed of Trust, BB&T has furnished notice to Borrower and Day of the default, their right to cure, and the steps necessary to cure by letter dated December 5, 2006.

9.     BB&T affirmatively states that it is without knowledge that the Property was

being, or was to be, used in violation of any laws or statutes of the United States of America, regulating any criminal activities, and specifically avers that it had no actual or implied knowledge that the Property was being used in any manner so as to constitute mail fraud, wire fraud, or theft or embezzlement from an employee benefit plan.

## SECOND DEFENSE

10. BB&T admits the allegations set forth in paragraphs 1, 2, 3, and 4 of the Complaint.

11. BB&T is without knowledge or information sufficient to form a belief as to the truth of the averments set forth in paragraphs 5 through 47, except that BB&T is the successor in interest to the Bank of Northern Virginia and that there was a bank account established in the name of Northern Cape Insurance Associates, Inc., opened at BB&T.

## THIRD DEFENSE

12. BB&T denies each and every allegation set forth in the aforesaid Complaint for Forfeiture.

## FOURTH DEFENSE

13. The Complaint fails to state a claim upon which relief may be granted against BB&T as a lienholder and secured party of the Property.

WHEREFORE, the premises considered, Branch Banking & Trust Company prays:

(1) That the Complaint for Forfeiture be dismissed;

(2) That this Honorable Court enter an Order that the Property seized be released to BB&T as lienholder or that its lien shall be unaffected by this action;

(3) And for such other and further relief as this Honorable Court deems just and necessary in this cause.

Dated: December 8, 2006

Respectfully submitted,

PROTAS, SPIVOK & COLLINS, LLC

By: _____
Jordan M. Spivok, DC Bar 65243
Attorney for Branch Banking & Trust Company
4550 Montgomery Avenue, Suite 1125
North Lobby Two
Bethesda, MD 20814
(301) 469-3602

## VERIFICATION

I hereby solemnly swear and affirm, under penalty of perjury, that the contents of the foregoing Answer of Branch Banking & Trust Company is true and correct to the best of my knowledge, information, and belief.

BRANCH BANKING & TRUST COMPANY

By: _Shirley E. High_
Name: _Shirley E. High_
Title: _Vice President_

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2006, a copy of the foregoing Answer of Branch Banking & Trust Company to the Verified Complaint for Forfeiture In Rem was mailed, postage prepaid, to William R. Cowden, Esq., Assistant United States Attorney, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

_____
Jordan M. Spivok

G:\users docs\marcies\BB&T\usa.verified stmt.J36354.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
c/o United States Attorney's Office :
555 Fourth Street, NW :
Washington, DC 20530 :
                                      Plaintiff :
 :
v. : Civil Action No. 1:06CV00620
 : PLF
4815 43RD STREET, NW., :
WASHINGTON, DC 20016 :
 :
                                      Defendant :

## VERIFIED STATEMENT OF INTEREST OR RIGHT OF BRANCH BANKING & TRUST CO.

COMES NOW, Branch Banking & Trust Co., by its attorneys, Jordan M. Spivok and Protas, Spivok & Collins, LLC, as the Lienholder in the Property described above as the Defendant, and pursuant to Rule C6(a) of the Supplemental Rules, FRCP, avers the following:

1. Branch Banking & Trust Co. is a recorded lienholder in the Defendant property known as 4815 43rd Street, NW, Washington, DC 20016 (the "Property").

2. BB&T's interest arises as a result of a consumer loan transaction wherein it made a loan of money to Molly D. Vliet as Borrower on November 6, 2001, in a sum of $75,000.00 (the "Loan"). The Loan is evidenced by a Promissory Note dated November 6, 2001, in the principal amount of $75,000.00, made by the Borrower and payable to the order of the Lender.

3. To more fully secure repayment of the Note, the owner of the Property, Brittian Day, granted a security interest in favor of BB&T in the Property by way of a Deed of Trust

dated November 16, 2001, to William J. Ziegler, as Trustee, and recorded October 15, 2003, among the land records for the District of Columbia at the Recorder of Deeds' Office as Instrument No. 2003135379.

    4.    BB&T hereby authorizes its attorney to file a Statement of Interest in the Property for and on its behalf.

Dated: December ____, 2006.

Respectfully submitted,

PROTAS, SPIVOK & COLLINS, LLC

By: _____
Jordan M. Spivok, DC Bar 65243
Attorney for Branch Banking & Trust Company
4550 Montgomery Avenue, Suite 1125
North Lobby Two
Bethesda, MD 20814
(301) 469-3602

## VERIFICATION

I hereby solemnly swear and affirm, under penalty of perjury, that the contents of the foregoing Answer of Branch Banking & Trust Company is true and correct to the best of my knowledge, information, and belief.

BRANCH BANKING & TRUST CO.

By: _____
Name: Shirley E. High
Title: Vice President

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of December, 2006, a copy of the foregoing Statement of Interest of Branch Banking & Trust Company to the Verified Complaint for

Forfeiture In Rem was mailed, postage prepaid, to William R. Cowden, Esq., Assistant United States Attorney, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

_____
Jordan M. Spivok