IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.                                     Civil Action No. l:06CV00620

**4815 43rd STREET, NW**
**WASHINGTON, DC 20016**
        **Defendant**

**ANSWER OF RESIDENTIAL FUNDING COMPANY, LLC TO
VERIFIED COMPLAINT FOR FORFEITURE IN REM**

Residential Funding Company, LLC (hereinafter "RFC"), by and through its counsel, The Fisher Law Group, PLLC, moves to intervene of right pursuant to 21 U.S.C. section 853(n) as an innocent holder holding an interest in the Defendant property, and petitions this Court for relief as follows:

FIRST DEFENSE

1.     RFC admits the allegations set forth in paragraphs 1, 2, 3, and 4 of the Complaint.

2.     RFC is without knowledge or information sufficient to form a belief as to the truth of the averments set forth in paragraphs 5 through 47.

3.     RFC denies Plaintiff's right to forfeit it's interest in the Defendant Property.

SECOND DEFENSE
(Innocent Lien holder)

4.     On November 22, 1994 Brittian P. Day ("Day") executed a

Promissory Note ("Note")(Exhibit "A") payable to GMAC Mortgage Corporation of PA, in the amount of Seven Hundred and Fifteen Thousand Dollars ($715,000.00) secured by a Deed of Trust ("Deed of Trust")(Exhibit "B") of even date granted to the Trustees named therein for the benefit of GMAC Mortgage Corporation of PA and secured by the Defendant Property (hereinafter "Property") herein. Said deed of trust was recorded December 1, 1994 at Instrument No. 94-0094226 in the Office of the Recorder of Deeds for the District of Columbia. Subsequently, on July 21, 1999, GMAC assigned its beneficial interest in the said lien instrument to The First National Bank of Chicago through a Corporation Assignment of the Deed of Trust recorded in the aforesaid land record office on October 8, 1999 at Instrument No. 9900087699 (Exhibit "C"). Subsequently, the Note and Deed of Trust were assigned to RFC by an unrecorded Corporation Assignment of Deed of Trust (Exhibit "D").

     5.     RFC is an innocent lien holder without knowledge of the illegal activities of Brittian Perry Day and\or the fact that the Property is derived from proceeds traceable to said illegal activity. RFC is entitled to satisfaction in full of all sums due and owing under the financial terms of the Notre and Deed of Trust through the date funds are tendered.

     6.     RFC is a bona fide purchaser for value of the interest in the Property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture under this section.

7. RFC's Deed of Trust and Note are currently in default, the next payment due being the February 1, 2006 mortgage payment. RFC wishes to proceed with foreclosure of it's deed of trust against the collateral Property to mitigate it's losses. Plaintiff recorded a Notice of *Lis Pendens* in the aforesaid land record office which has clouded title making it impossible for RFC to foreclose it's valid first priority lien, sell the property and convey good and marketable title to any purchaser at a foreclosure sale. Consequently, RFC's interests is being irreparably harmed by virtue of an inability to enforce it's lien instrument in accordance with the terms thereof.

## THIRD DEFENSE

8. The Complaint fails to state a claim upon which relief may be granted against RFC as an innocent lienholder and secured party of the Property.

9. In support hereof, RFC has filed herewith a Verified Statement of Interest of Residential Funding Company, LLC (Exhibit "E").

WHEREFORE, Residential Funding Company, LLC requests that this Honorable Court grant the following relief:

A) That the Complaint for Forfeiture be dismissed;

B) That this Honorable Court enter an Order that the Property be released to Residential Funding Company, LLC to foreclose it's deed of trust and that the Notice of *Lis Pendens* be released; and\or

C) That Residential Funding Company, LLC's lien shall be unaffected

by this action and satisfied in full through the date of payment; and

  D) And for such other and further relief as this Honorable Court deems necessary in this cause.

          Respectfully submitted,
          THE FISHER LAW GROUP, PLLC


          By_____/s/_____
          JEFFREY B. FISHER
          (DC Bar No.: 212308)
          MARTIN S. GOLDBERG
          (DC Bar No.: 460159)
          9440 Pennsylvania Avenue, Ste. 350
          Upper Marlboro, Maryland 20772
          Telephone: (301) 599-7700
          Attorneys for Residential Funding Company, LLC

CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of February, 2007, a copy of the foregoing Answer of Residential Funding Company, LLC to the Verified Complaint for Forfeiture In Rem was mailed, postage prepaid, to:

William R. Cowden, Esq.
Assistant United States Attorney
555 Fourth Street, NW, Room 4824
Washington, DC 20530

Jordan Spivok, Esq.
4550 Montgomery Avenue, Suite 1125
North Lobby Two
Bethesda, MD 20814

Brittan P. Day (Inmate No.: 28629-016)
FCI MORGANTOWN
Federal Correctional Institution
P.O. Box 1000
Morgantown, WV 26507

John W. Karr, Esq.
1920 N Street, NW, Ste. 300
Washington, DC 20036

Shaza L. Andersen, CEO
WashingtonFirst Bank, successor to
First Liberty National Bank
1500 K Street, NW
Washington, DC 20006

_____/s/_____
Martin S. Goldberg