0127500091G


EXHIBIT C

RETURN TO: SMI Nicholas Bass
P.O. Box 60517    DAY, BRITTIAN
Houston, TX 77205-0517    700 9015    IN

Loan Number: 1398215
42629958    600
CORPORATION ASSIGNMENT of MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED,    GMAC MORTGAGE CORPORATION

the undersigned hereby grants, assigns and transfers to

THE FIRST NATIONAL BANK OF CHICAGO

all beneficial interest under that certain Mortgage/Deed of Trust dated 11/22/94 executed by BRITTIAN P. DAY

TO/FOR: GMAC MORTGAGE CORPORATION

and recorded in Book 00966 on Page 000316 as Instrument No. 94-00094226 on 12/1/94 of official Records in the County Recorder's Office of Montgomery County, DISTRICT OF COLUMBIA

See Legal Description Attached

MORTGAGE AMOUNT: $715,000.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage/Deed of Trust.

GMAC MORTGAGE CORPORATION

BY _____

NAME BERNARD J. SMITH

TITLE VICE PRESIDENT

990008769

STATE OF PENNSYLVANIA )
COUNTY OF MONTGOMERY )

On _____ July _____, 1999, before me, the undersigned, a Notary Public in and for said State personally appeared _____ personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

Prepared by: LISA MAGNUSON
One Meridian Crossings
Minneapolis, MN 55423

Notarial Seal
Heather Worthington, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Feb. 24, 2003
Member, Pennsylvania Association of Notaries

AFFIDAVIT

District of Columbia
_____ of _____, to-wit:

_____ Brittian P. Day _____,
having been duly sworn, certify(ies) on the below date as follows:

I (we) the owner(s) of the real property described within certify, subject to criminal penalties for making false statements pursuant to Section 404 of the District of Columbia Theft and White Collar Crimes Act of 1982, effective December 1, 1982, (D.C. Law 4-164; D.C. Code Section 22-2514), that the real property described within is either Class 1 Property or Class 2 Property, as those classes of property are established pursuant to Section 412a of the District of Columbia Real Property Tax Revision Act of 1974, approved September 3, 1974 (88 Stat. 1051; D.C. Code Section 47-813), with 5 or fewer units.

November 22, 1994                                 _____ (SEAL)
Date                                              Brittian P. Day
                                                  _____ (SEAL)
_____
Date

Sworn to and subscribed before me in my jurisdiction aforesaid this 22nd day of November, 19 94.

                                         _____
                                         Elida V. Howe - D.C.- Notary Public

My Commission expires: February 14, 1995

DICKSON DON RET.
7802 Dominion Forest Cir
Fredericksburg VA 22408