


EXHIBIT

## CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: 1398215
Seller Loan Number: 1262958



FOR VALUE RECEIVED, The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A. SBM Bank One National Association fka The First National Bank of Chicago as Trustee, Residential Funding Company, LLC fka Residential Funding Corporation, Attorney-In-Fact

the undersigned hereby grants, assigns and transfers to

Residential Funding Company, LLC

8400 Normandale Lake Blvd, Suite 600, Minneapolis, MN 55437-1085

all beneficial interest under that certain Deed of Trust dated 11/22/1994

executed by BRITTIAN P DAY

TO/FOR:   GMAC Mortgage Corporation

and recorded in Book _____ on Page _____ as Instrument No 94-00094226 on 12/1/1994 of official Records in the County Recorder's Office of The District of Columbia

MORTGAGE AMOUNT: $715,000.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A. SBM Bank One National Association fka The First National Bank of Chicago as Trustee, Residential Funding Company, LLC fka Residential Funding Corporation, Attorney-In-Fact

BY: S. Seidel
NAME: S. Seidel
TITLE: Assistant Vice President

STATE OF    Minnesota )
COUNTY OF   Hennepin )

On 1/18/2007 before me, the undersigned, a Notary Public in and for said State personally appeared S. Seidel, Assistant Vice President of The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A. SBM Bank One National Association fka The First National Bank of Chicago as Trustee, Residential Funding Company, LLC fka Residential Funding Corporation, Attorney-In-Fact personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument WITNESS my hand and official seal

Notary Public in and for said State
This instrument was drafted by L. Magnuson,
Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423.
(952) 979-4000

LISA A. MAGNUSON
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2010