

EXHIBIT

E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
        **Plaintiff**

**v.**                                    Civil Action No. l:06CV00620

**4815 43ʳᵈ STREET, NW**
**WASHINGTON, DC 20016**
        **Defendant**

### VERIFIED STATEMENT OF INTEREST
### OF RESIDENTIAL FUNDING COMPANY, LLC

COMES NOW, Lisa Magnuson, Vice President for Residential Funding Company, LLC (hereinafter "RFC"), the lien holder secured by the Defendant property, who avers the following:

1.      I am an individual over eighteen (18) years of age and competent to testify as to the matters stated herein. I make this affidavit based on personal knowledge of the corporate books and records of RFC. I am the custodian of said records, which are kept in the regular and ordinary course of business in consecutive order as events occur.

2.      RFC is a recorded lienholder secured by the Defendant property, i.e. 4815 43rd Street, NW, Washington, DC 20016 (hereinafter "Property"). On November 22, 1994 Brittian P. Day ("Day") executed a Promissory Note ("Note") (Exhibit "A") payable to GMAC Mortgage Corporation of PA, in the amount of Seven Hundred and Fifteen Thousand Dollars ($715,000.00) secured by a Deed of Trust ("Deed of Trust")(Exhibit "B") of even date granted to the Trustees named

therein for the benefit of GMAC Mortgage Corporation of PA and secured by the Property. Said deed of trust was recorded December 1, 1994 at Instrument No. 94-0094226 in the Office of the Recorder of Deeds for the District of Columbia.

3.    Subsequently, on July 21, 1999, GMAC assigned its beneficial interest in the said deed of trust to The First National Bank of Chicago through a corporation assignment of the deed of trust recorded in the aforesaid land record office on October 8, 1999 at Instrument No. 9900087699 (Exhibit "C"). Said interest was subsequently assigned to Residential Funding Company, LLC by unrecorded Corporation Assignment of Deed of Trust (Exhibit "D").

4.    RFC is an innocent lien holder without knowledge of the illegal activities of Brittian Perry Day and\or the fact that the Property is derived from proceeds traceable to said illegal activity. RFC is entitled to full satisfaction of it's lien interest as secured by the Property. RFC is a bona fide purchaser for value of the interest in the Property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture under this section.

5.    RFC's Deed of Trust and Note are currently in default, the next payment due being the February 1, 2006 mortgage payment. RFC wishes to proceed with foreclosure of it's deed of trust against the collateral Property to mitigate it's losses. Plaintiff recorded a Notice of *Lis Pendens* in the aforesaid land record office which has clouded title making it impossible for RFC to foreclose it's valid first priority lien, sell the property and convey good and marketable title

to any purchaser at a foreclosure sale. Consequently, RFC's interests is being irreparably harmed by virtue of an inability to enforce it's lien instrument in accordance with the terms thereof.

6.    As of January 22, 2007, the amount needed to satisfy RFC's Deed of Trust lien is Six Hundred Forty Three Thousand Four Hundred Seventy Nine and 47/100 Dollars ($643,479.47). Interest accrues on the unpaid principal balance at the rate of One Hundred Twenty Five and 12/100 Dollars ($125.12) per day and is subject to adjustment for future interest rate changes in accordance with the variable interest rate provisions in the Note. The amount needed to satisfy the Note and deed of trust is subject to increase for future interest accruals, late charges and advances for taxes, water, public charges and assessments, insurance, and other similar charges. RFC is entitled to satisfaction in full of all sums due and owing under the financial terms of the Notre and Deed of Trust through the date funds are tendered.

I hereby solemnly swear and affirm, under penalty of perjury, that the contents of the foregoing Answer of Residential Funding Company, LLC to Verified Complaint for Forfeiture in Rem and Verified Statement of Interest of Residential Funding Company, LLC is true and correct to the best of my knowledge, information, and belief based on the corporate books and records of Residential Funding Company, LLC.

Residential Funding Company, LLC

By: _____
Name: Lisa Magnuson
Title: Vice President