UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. 06-620 (PLF) |
| Plaintiff, | ) | ECF |
| | ) | |
| v. | ) | |
| | ) | |
| 4815 43RD ST. N.W., | ) | |
| WASHINGTON, DC 20016, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AGREED ORDER RECOGNIZING VALID LIEN OF BRANCH BANKING & TRUST COMPANY IN DEFENDANT REAL PROPERTY

This matter came before the Court on the request of the parties, the United States of America (the "Government") and Branch Banking & Trust Company ("BB&T"), seeking entry of this Agreed Order Recognizing the Valid Lien of BB&T in the subject defendant real property, 4815 43RD ST. N.W., WASHINGTON, DC 20016 (the "Real Property"). Finding the request reasonable and appropriate, and finding that cause exists, it is hereby ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Government recognizes that BB&T has a valid secured lien in the Real Property.

2. In the event that the Government successfully forfeits the Real Property, the Government will first deduct its expenses from the sale proceeds and then pay any valid first-priority lien holders, and next pay BB&T, from the remaining funds from the sale.

3. BB&T has priority over the Government's, but

subordinate to another claimant's, interests with respect to the net sale proceeds. Therefore, the principal, interest, and any other costs, charges, and fees due and owing to BB&T pursuant to the applicable loan documents relating to the Real Property will be paid from the net sale proceeds after payments are made to the other claimant.

    4.    The Clerk is directed to forward a copy of this Order as entered to counsel of record at the addresses indicated below.

    ENTER:        /        /2007

                                    _____
                                    PAUL L. FRIEDMAN
                                    UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

_/S/_____
Jordan M. Spivok (DC Bar #65243)
450 Montgomery Avenue, Ste. 1125
North Lobby Two
Bethesda, Maryland 20814
Phone:  (301) 469-3602
Counsel for BB&T


_/s/_____
William R. Cowden (DC Bar #426301)
United States Department of Justice
United States Attorney's Office
District of Columbia
555 4th Street N.W.
Washington, DC 20530
Phone: (202) 307-0258
Fax: (703) 299-3981
Counsel for the Government

-2-