UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**4815 43RD STREET, N.W.** )<br>**WASHINGTON, DC 20016,** )<br>)<br>**Defendant.** )<br>_____ ) | Civ. No. 06-00620 (PLF) |

**AFFIDAVIT IN SUPPORT OF DEFAULT
AGAINST THE *IN REM* DEFENDANT**

I hereby certify under penalty of perjury, this 29th day of June, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant 4815 43rd Street, N.W., Washington, DC 20016 (hereinafter: "defendant" or "defendant real property"), was personally served with process on April 17, 2006.[1]

I further certify that notice of this action has been given to all known or unknown interested parties by means of certified mail[2] or by publication.[3]

---

[1] A copy of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant on April 17, 2006.

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were served via U.S. Postal Service, certified mail, including to: Mr. Brittian Day on April 23, 2006, at his last known address of record, and to Mr. Day's counsel John Karr, Esq. and Theodore S. Allison, Esq., on May 27, 2006. Additionally, copies of these papers were also sent to other known interested parties, including to: Mr. Michael Burns on January 31, 2007, at his last known address of record; Donald Kinlaw, Esq., counsel for lienholder Branch Banking & Trust Company, on November 14, 2006; Martin S. Goldberg, Esq., counsel for lienholder Residential Funding Corporation, LLC, on November 14, 2006; and, Mr. Robert Armstrong, representative for lienholder Washington First Bank (formerly First Liberty), on November 14, 2006.

[3] A notice of forfeiture was published in THE WASHINGTON TIMES on May 5, 2006, and in THE DAILY WASHINGTON LAW REPORTER on May 9, 2006.

I further certify under penalty of perjury that no other claim was filed on behalf of the defendant real property herein, other than claims of two lien holders that have resolved their claims in this matter by way of settlements authorized by this Court on June 27, 2007.

No other party has filed a claim or pleading challenging the forfeiture of the defendant and the time for filing a claim has expired. *See* 18 U.S.C. § 983(a)(4)(A); Rules C(6) and G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said *in rem* defendant real property. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
DC Bar #426301
United States Attorney's Office
555 4th Street, N.W., Room 4824
Washington, DC 20530
(202) 307-0258

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default Against the *In Rem* Defendant Real Property was sent via U.S. Postal Service, first-class mail, postage paid, on this 29th day of June 2007, to the following:

John W. Karr, Esq.
Karr & Allison, P.C.
1920 N Street, N.W.
Suite 300
Washington, DC 20036
(Counsel for Brittian Day)

Mr. Michael Burns
4815 43rd Street, N.W.
Washington, DC 20016

                                      /s/
                                      WILLIAM R. COWDEN
                                      Assistant United States Attorney