Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

    V.

Civil Action No. 06-620 PLF

4815 43RD STREET, N.W.

    Defendant(s)

RE: 4815 43RD STREET, N.W., WASHINGTON, DC 20016

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 17, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens

Deputy Clerk