UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>**4815 43RD STREET, N.W.** )<br>**WASHINGTON, DC 20016,** )<br>    )<br>    Defendant. )<br>_____ ) | Civil Action No.  06-620 (PLF) |

MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND JUDGMENT OF FORFEITURE

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and Rules C(6) and G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, for entry of Default Judgment and for a Judgment of Forfeiture as to the above-captioned defendant real property identified in the Verified Complaint for Forfeiture *In Rem*, on the ground that no timely paper, pleading, or other claim was filed on behalf of the defendant real property herein, other than claims of two lien holders that have resolved their claims in this matter by way of settlements.  As a result, the Clerk of this Court entered a Default on July 2, 2007.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney

          D.C. Bar #498610

          /s/
          WILLIAM R. COWDEN
          Assistant United States Attorney
          D.C. Bar #426301
          United States Attorney's Office
          555 4th Street, N.W., Room 4824
          Washington, D.C. 20530
          (202) 307-0258

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture filed via **ECF** was also sent via U.S. Postal Service, first-class mail, postage paid, on this  10th  day of July, 2007, to the following:

John W. Karr, Esq.
Karr & Allison, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(Counsel for Brittian Day)

Mr. Michael Burns
4815 43rd Street, N.W.
Washington, D.C. 20016

          /s/
          WILLIAM R. COWDEN
          Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| 4815 43RD STREET, N.W. | ) |
| WASHINGTON, DC 20016, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM IN SUPPORT OF MOTION FOR
DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE

On April 4, 2006, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant real property and premises known as 4815 43rd Street, N.W., Washington, D.C. Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant real property on April 17, 2006. (*See* Exhibit I.) Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were sent to all known interested parties, via the United States Postal Service, certified mail, including to: Mr. Brittian Day on April 19, 2006 and to Mr. Day's counsel, John Karr, Esq. and Theodore S. Allison, Esq. (Karr and Allison), on May 25, 2006; to Donald Kinlaw, Esq., counsel for Branch Banking and Trust, on November 14, 2006; to Robert Armstrong, representative for Washington First Bank (formerly First Liberty National Bank), on November 14, 2006; to Martin Goldberg, Esq. (The Fisher Law Group), counsel for GMAC Mortgage Corporation of PA, on November 14, 2006[1]; and, to Mr. Michael Burns on January 31, 2007. (*See* Exhibits II-a-b-c-d-e and -f.) Further, a notice of seizure was

---

[1] GMAC Mortgage Corporation of PA assigned its lien interest in the defendant real property to First National Bank of Chicago on October 8, 1999. Subsequently, the note and deed of trust were assigned to Residential Funding Corporation, LLC. Martin Goldberg, Esq., of The Fisher Law Group, is representing Residential Funding Corporation, LLC.

published in THE WASHINGTON TIMES on May 5, 2006, and in THE DAILY WASHINGTON LAW REPORTER on May 9, 2006, in full compliance with applicable Local Rules and Rules of Procedure.  (*See* Exhibits III and IV.)

On December 11, 2006, Branch Banking & Trust Company ("BB&T"), through counsel, filed a verified statement of interest and answer in this case; and on February 8, 2007, Residential Funding Company, LLC ("RFC"), through counsel, filed a verified statement of interest and answer in this case.  No other response, answer, or defense was interposed in accordance with applicable rules and plaintiff settled with BB&T and RFC as reflected in the two stipulations of settlement it filed on June 25, 2007.

No other party has filed a claim or pleading challenging the forfeiture of the defendant and the time for filing a claim has expired, resulting in the Clerk of this Court entering a Default on July 2, 2007.  *See* 18 U.S.C. § 983(a)(4)(A); Rules C(6) and G(5), Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions.  The titled owner has further evidenced an intent to forego defending against a forfeiture of his interest in the defendant property by, in 2006, stopping his making of any payments on the mortgages.

The entry of Default and a Judgment by Default against the defendant real property is amply supported in the circumstances of this case.  Indeed, the Clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law.  Fed. R. Civ. P. Rule 55(a).  Moreover, the Civil Asset Forfeiture Reform Act of 2000, codified at 18 U.S.C. § 983(a)(4)(A), mandates the filing of a claim within 30 days of the service of the government's complaint.

Further, whenever a judgment is sought for other than a sum certain (i.e. Judgment of

Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent. Fed. R. Civ. P. Rule 55(b); *DirecTV, Inc. v. Arnold*, 392 F. Supp.2d 415 (N.D.N.Y. 2005). *See also Canady, MD v. Erbe Elektromedizin GMBG*, 307 F. Supp.2d 2 (D.D.C. 2004); *United States v. Gant*, 268 F. Supp.2d 29 (D.D.C. 2003).

Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, and the Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted. A proposed Order of Forfeiture is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar #426301
United States Attorney's Office
555 4th Street, N.W., Room 4824
Washington, D.C. 20530
(202) 307-0258