# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

APR 19 2006 Postmark Here

7004 1160 0006 7127 0453

Sent To: Mr. Brittian Day
Street, or PO B. 4815 43rd Street, N.W.
City, St. Washington, D.C. 20016

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Brittian Day
   4815 43rd Street, N.W.
   Washington, D.C. 20016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☑ Addressee

B. Received by (Printed Name): BRITTIN P DAY
C. Date of Delivery: 4/23/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0006 7127 0453

PS Form 3811, February 2004         2595-02-M-1540

---

UNITED STATES POSTAL SERVICE
SUBURBAN P&DC
MD 208
24 APR 2006

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Angela Richardson Green
US Attorneys Office
555 4th Street, N.W., 4th Fl.
Washington, D.C. 20530

Department of Justice Mailroom APR 28 2006

2006V01026   Verified Complaint, Summons &
             Warrant of Arrest in Rem

Exhibit II-a

*U.S. v. 4815 43rd Street, NW, Washington, DC 20016*, Civil Action No. 06-620 (PLF)