**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

John Karr & Theordore S. Allison
KARR & ALLISON

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
MAY 25 2006

Sent To
John Karr & Theordore S. Allison
Street, Apt. No.; or PO Box No.
1920 N St., N.W. Suite 300
City, State, ZIP+4
Washington, D.C. 20036

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Karr
Theodore Allison
KARR & ALLISON
1920 N St., NW Ste. 300
Washington, DC  20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
MAUREEN MURPHY

C. Date of Delivery
MAY 27 2006

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Angela Richardson Green
US Attorney's Office
555 4th Street, N.W.   4th FL.
Washington, DC  20530

DEPARTMENT OF JUSTICE
JUN 06 2006

Complaint, Warrant & Summons
USAO #: 2006V01026

Exhibit II-b

*U.S. v. 4815 43rd Street, NW, Washington,
DC 20016, Civil Action No. 06-620 (PLF)*



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7127 0477**
Status: **Delivered**

Your item was delivered at 12:28 pm on May 26, 2006 in WASHINGTON, DC 20036.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Exhibit II-b

*U.S. v. 4815 43rd Street, NW, Washington,*
*DC 20016*, Civil Action No. 06-620 (PLF)