**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0021 5996 2911

| Article Sent To: | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | ✓ | NOV 1 4 2006 |
| Return Receipt Fee (Endorsement Required) | ✓ | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | |

Donald Kinlaw, Esq.
4251 Fayetteville Road
Lumberton, NC 28359

Notice of Forfeiture - Complaint, Summons
Warrant of Arrest in Rem re: 06cv620 (Day)

PS Form 3800, July 1999                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald Kinlaw, Esq.
4251 Fayetteville Road
Lumberton, NC 28359

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Effie Locklear                  ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Effie Locklear                    11/20/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☑ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7000 0600 0021 5996 2911

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

U.S. Department of Justice
United States Attorney's Office
555 4th Street, N.W.
Judiciary Center Building
Washington, DC 20530

DEPARTMENT OF JUS

NOV 2 8 2006

**Attn: Gail Price, Room 4813**

Notice of Forfeiture re: 06cv620 (Day)

Exhibit II-c

*U.S. v. 4815 43rd Street, NW, Washington, DC 20016, Civil Action No. 06-620 (PLF)*



**UNITED STATES**
**POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2911**
Status: **Delivered**

Your item was delivered at 8:57 AM on November 20, 2006 in
LUMBERTON, NC 28358.

( Additional Details > )    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

---



POSTAL INSPECTORS          site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Exhibit II-c

*U.S. v. 4815 43rd Street, NW, Washington,
DC 20016*, Civil Action No. 06-620 (PLF)