**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here — NOV 14 2006

Name / Street / City, St:
Mr. Robert Armstrong
Washington First Bank (formerly First Liberty National Bank), 1500 K Street, N.W.
Washington, DC 20005
Notice of Forfeiture - Complaint, Summons
Warrant of Arrest in Rem re: 06cv620 (Day)

7000 0600 0021 5996 2928

PS Form 3800, July 1999    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Robert Armstrong
    Washington First Bank
    (formerly First Liberty
       National Bank)
    1500 K Street, N.W.
    Washington, DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7000 0600 0021 5996 2928

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

Exhibit II-d

*U.S. v. 4815 43rd Street, NW, Washington, DC 20016*, Civil Action No. 06-620 (PLF)

U.S. Department of Justice
United States Attorney's Office
555 4th Street, N.W.
Judiciary Center Building
Washington, DC 20530

DEPARTMENT OF JUSTICE
NOV 2 2 2006

Attn: Gail Price, Room 4813

Notice of Forfeiture re: 06cv620 (DAY)



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7000 0600 0021 5996 2928**
Status: **Delivered**

Your item was delivered at 3:19 PM on November 16, 2006 in WASHINGTON, DC 20005.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Exhibit II-d

*U.S. v. 4815 43rd Street, NW, Washington,
DC 20016*, Civil Action No. 06-620 (PLF)