**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Article Sent To: | |
| Postage | $ |
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

NOV 1 4 2006 Postmark Here

Martin Goldberg, Esq.
The Fisher Law Group, LLC
9440 Pennsylvania Avenue, Suite 350
Upper Marlboro, MD 20772
Notice of Forfeiture - Complaint, Summons
Warrant of Arrest in Rem re: 06cv620 (Day)

PS Form 3800, July 1999 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Martin Goldberg, Esq.
    The Fisher Law Group, LLC
    9440 Pennsylvania Avenue,
    Suite 350
    Upper Marlboro, MD 20772

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Essence Ok* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Essence Darby
C. Date of Delivery: 11/14/04

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☒ No

3. Service Type
    ☒ Certified Mail ☐ Express Mail
    ☐ Registered ☒ Return Receipt for Merchandise
    ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0600 0021 5996 1013

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

Exhibit II-e

---

UNITED STATES POSTAL SERVICE

*U.S. v. 4815 43rd Street, NW, Washington, DC 20016, Civil Action No. 06-620 (PLF)*

U.S. Department of Justice
United States Attorney's Office
555 4th Street, N.W.
Judiciary Center Building
Washington, DC 20530

Attn: Gail Price, Room 4813

Notice of Forfeiture re: 06cv620 (Day)



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 1013**
Status: **Delivered**

Your item was delivered at 3:36 PM on November 16, 2006 in UPPER MARLBORO, MD 20772.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS          site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Exhibit II-e

*U.S. v. 4815 43rd Street, NW, Washington, DC 20016*, Civil Action No. 06-620 (PLF)