# U.S. Postal Service
# CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here — JAN 31 2007

7000 0600 0021 5996 2713

Name (Please Print Clearly)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Mr. Michael Burns
4815 43rd Street, NW
Washington, DC 20016
Notice of Forfeiture Action, Complaint & Warrant of Arrest *in Rem* re: US v. 4815 43rd St., NW, Washington, DC, CA.#620 (PLF)

PS Form 3800, July 1999                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Michael Burns
   4815 43rd Street, NW
   Washington, DC 20016

2. Article Number (Transfer from service label)    7000 0600 0021 5996 2713

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Michael A Burns*   ☐ Agent  ☒ Addressee
B. Received by (Printed Name): *Michael A Burns*
C. Date of Delivery: 2/6/07
D. Is delivery address different from item 1?  ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

UNITED STATES POSTAL SERVICE

06 FEB 2007 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
**Attn: G. Price, Room 4813**

Notice of Forfeiture Action, Complaint & Warrant of Arrest *in Rem* re: US v. 4815 43rd St., NW, Washington, DC, CA No. 06-620 (PLF)     1/31/07

Exhibit II-f

*U.S. v. 4815 43rd Street, NW, Washington, DC 20016*, Civil Action No. 06-620 (PLF)