## AFFIDAVIT OF PUBLICATION

**<u>AD# 10118885</u>**

Personally appeared before me, <u>ANGELA B. LEDFORD</u>
a Notary Public in and for the District of Columbia

<u>CARL S. JOHNSON,</u> who is being duly sworn according to law, an oath says that he is
an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

# The Washington Times

Circulated daily, in the City of Washington, District of Columbia,
and that the advertisement, of which the annexed is a true copy was
published in said newspaper _1_ time(s) on the following dates:

<u>2006 MAY 5</u>

at the rate of _$ 1.82_ per line.

Total Cost $ 171.69 Dollars

Subscribed and sworn to before me

<u>MAY 5, 2006</u>

Notary Public

My Commission expires

> Angela B. Ledford
> Notary Public, District of Columbia
> My Commission Expires 02/28/2011

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled UNITED STATES v. 4815 43rd St., N.W., WASHINGTON, D.C.; the United States Marshals Service for the District of Columbia arrested on April 17, 2006, said property described above under Civil Action No. 06-620-PLF and filed on April 4, 2006, with the Clerk of the Court for the District of Columbia for violation of 18 U.S.C. ' 981 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, N.W., 4th Floor, Washington, D.C. 20530.

Exhibit III

*U.S. v. 4815 43rd Street, NW, Washington,
DC 20016, Civil Action No. 06-620 (PLF)*