UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-620 (PLF) |
| ) | |
| v. ) | |
| ) | **FILED** |
| 4815 43RD STREET, N.W. ) | |
| WASHINGTON, DC 20016, ) | AUG - 3 2007 |
| ) | |
| Defendant. ) | NANCY MAYER WHITTINGTON, CLERK |
| _____ ) | U.S. DISTRICT COURT |

## JUDGMENT OF FORFEITURE

On April 4, 2006, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the defendant real property and premises known as 4815 43rd Street, N.W., Washington, D.C. 20016, and further described as:

> Lot number 14, in square numbered 1672, in a subdivision made by Nivan Incorporated, as per plat recorded in book 172, at page 155, in the office of the surveyor of the District of Columbia, with all improvements, appurtenances and attachments thereon.

The complaint alleges that the defendant real property constitutes or is derived from proceeds traceable to violations of mail fraud (18 U.S.C. § 1341); wire fraud (18 U.S.C. § 1344); and theft or embezzlement from an employee benefit plan (18 U.S.C. § 664). Additionally, the complaint alleges that the defendant real property was involved in a transaction or attempted transaction in violation of the anti-money laundering statutes (18 U.S.C. §§ 1956 or 1957).

It appearing that process was fully issued in this action with respect to the defendant real property and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant real property on April 17, 2006;

That the only persons or entities filing claims with respect to the said defendant real property within the time permitted by 18 U.S.C. § 983(a)(4)(a), Residential Funding Company, LLC ("RFC") and Branch Banking & Trust Company ("BB&T"), have settled with the United States and stipulated that in the event that the Government successfully forfeits and sells the Real Property, the Government will first deduct its expenses (including outstanding taxes) from the sale proceeds and then pay from the remaining funds from the sale, first RFC (as the first-priority lien holder) and then BB&T;

That, based on the stipulations and the record, on July 2, 2007, the Clerk of the Court entered a Default for failure to file a claim with respect to the said defendant real property within the time permitted by 18 U.S.C. § 983(a)(4)(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant real property identified as: 4815 43rd Street, N.W., Washington, D.C., and further described as:

> lot number 14, in square numbered 1672, in a subdivision made by
> Nivan Incorporated, as per plat recorded in book 172, at page 155,
> in the office of the surveyor of the District of Columbia,

with all improvements, appurtenances and attachments thereon, be entered and that no right, title, or interest in the defendant real property shall exist in any other party, and that the said real property be and hereby is forfeited to the United States of America to be disposed of in

accordance with law, and

**FURTHER ORDERED** that residents or occupants of 4815 43rd Street, N.W., Washington, D.C. are to vacate the premises within 15 days of service of this Order (by posting) on the defendant real property and the United States Marshals Service may evict any person who continues to occupy 4815 43rd Street, N.W., Washington, D.C. fifteen days after the defendant real property is served with a copy of this Order.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this 3rd day of _____, 2007.

_____
PAUL L. FRIEDMAN
United States District Judge